[This decision has been published in *Ohio Official Reports* at 95 Ohio St.3d 106.]

GREEN LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, APPELLEE, *v*. OHIO ASSOCIATION OF PUBLIC SCHOOL EMPLOYEES, LOCAL 274, ET AL., APPELLANTS.

[Cite as *Green Local School Dist. Bd. of Edn. v. Ohio Assn. of Pub. School Emp., Local 274*, 2002-Ohio-1937.]

*Arbitration—Labor relations—Court of appeals judgment reversed and arbitrator's award reinstated on authority of Warren Edn. Assn. v. Warren City Bd. of Edn. and Southwest Ohio Regional Transit Auth. v. Amalgamated Transit Union, Local 627.*

(No. 01-270—Submitted February 26, 2002—Decided April 24, 2002.)

APPEAL from the Court of Appeals for Summit County, No. 19931.

————————————

{¶ 1} The judgment of the court of appeals is reversed, and the award of the arbitrator is reinstated on the authority of *Warren Edn. Assn. v. Warren City Bd. of Edn.* (1985), 18 Ohio St.3d 170, 18 OBR 225, 480 N.E.2d 456, and *Southwest Ohio Regional Transit Auth. v. Amalgamated Transit Union, Local 627* (2001), 91 Ohio St.3d 108, 742 N.E.2d 630.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., dissents.

————————————

*Whalen & Compton Co., L.P.A., G. Frederick Compton, Jr., Helen S. Carroll* and *Mari Alice Zacharyasz*, for appellee.

*Buckley, King & Bluso* and *James E. Melle*, for appellants.

*Kimm A. Massengill*, Associate General Counsel, urging reversal for *amicus curiae* Ohio Council 8, AFSCME, AFL-CIO.

*Carrie M. Cassady*, Associate General Counsel, urging reversal for *amicus curiae* Ohio Civil Service Employees Association, AFSCME Local 11, AFL-CIO.

*Stewart Jaffy & Associates Co., L.P.A., Stewart R. Jaffy* and *Marc J. Jaffy*, urging reversal for Ohio AFL-CIO.

_____